UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KELLIE SMITH,

    Plaintiff,

v.

BAY AREA RAPID TRANSIT DISTRICT, et al.,

    Defendants.

Case No. 15-cv-02402-TEH

**ORDER REFERRING FURTHER SETTLEMENT ISSUES AND VACATING DATES**

With the assistance of Magistrate Judge Jacqueline Scott Corley, the parties have settled this action subject to approval by the Bay Area Rapid Transit Board of Directors. The parties have consented to Judge Corley's retention of jurisdiction for approval of the minor's compromise and enforcement of the settlement. Accordingly, with good cause appearing, this case is REFERRED to Judge Corley for those purposes.

In addition, the September 26, 2016 motion hearing date and its related briefing deadlines, the November 8, 2016 trial date, and all pretrial deadlines are hereby VACATED.

If the settlement has not been approved and this case has not been dismissed by then, the parties shall file a joint statement discussing the status of the settlement on **December 5, 2016**. No appearances will be necessary unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: 08/31/16

_____
THELTON E. HENDERSON
United States District Judge