```
1  EUSTACE DE SAINT PHALLE, SBN 179100
   JOSEPH R. LUCIA, SBN 278318
2  RAINS LUCIA STERN, PC
   220 Montgomery Street, 15th Floor
3  San Francisco, CA 94104
   Tel: (925) 609-1699
4  Fax: (925) 609-1690
5  E-mail: Personalinjurygroup@RLSlawyers.com

6  Attorneys for Plaintiffs
   KELLIE SMITH, individually; as personal
7  representative of the Estate of THOMAS SMITH, JR.,
   Decedent; and as Guardian Ad Litem for S.S., a minor
8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| KELLIE SMITH, individually; KELLIE SMITH, as personal representative of the Estate of THOMAS SMITH, JR., Decedent; and KELLIE SMITH, as Guardian Ad Litem for S.S., a minor;<br><br>Plaintiffs,<br><br>v.<br><br>BAY AREA RAPID TRANSIT DISTRICT; KENTON RAINEY, individually and in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT; BENSON FAIROW individually and in his official capacity as DEPUTY CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT; MICHAEL MAES individually and in his official capacity as DETECTIVE for BAY AREA RAPID TRANSIT DISTRICT; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  3:15-CV-02402-TEH<br><br>**JOINT STATEMENT REGARDING STATUS OF SETTLEMENT; AND [PROPOSED] ORDER**<br><br>Complaint Filed:    May 29, 2015<br>Trial Date:             Vacated |
|---|---|

Pursuant to this Court's August 31, 2016 Order, Plaintiffs Kellie Smith, individually; Kellie Smith, as personal representative of the Estate of Thomas Smith, Jr., Decedent; and Kellie Smith, as Guardian Ad Litem for S.S., a minor ("Plaintiffs") and Defendants Bay Area Rapid Transit District, Kenton Rainey, Ben Fairow, and Michael Maes ("Defendants") hereby submit a Joint Statement of the status of settlement of

the case.

On November 15, 2016 Plaintiffs filed a Petition for a Minor's Compromise. The Petition was filed prior to the BART Board of Director's approval of the settlement. Plaintiffs sought preapproval from the Court in order to expedite the settlement and not delay funding of the annuity.

On November 17, 2016, the BART Board of Directors approved the settlement of $3.1 million.

On November 17, 2016, Plaintiff Kellie Smith, both individually and as the Guardian ad Litem for Plaintiff minor SS, executed settlement agreement.

On November 17, 2016, the Honorable Judge Corley issued an Order approving the Petition for the Minor's Compromise.

On November 18, 2016, the authorized representative from BART, Steve Shatz, executed the settlement agreement. Defendants Rainey, Maes and Fairow executed the settlement agreement on November 20, December 1, and December 2, 2016, respectively

The executed "Settlement Agreement and Release" states that payments are due within 30 days and that payment would be issued within 30 days of the execution of the settlement agreement. Pursuant to those terms, the plaintiffs believe that the settlement checks and the funding of the annuity should be completed no later than December 18, 2016. Plaintiff's position is based on the execution date of the authorized representative of BART, Steve Shatz, which was November 18, 2016. Plaintiff takes the position that starting on November 18, 2016, Mr. Shatz was the authorized individual on behalf of BART who could have begun processing the requests for payment.

The defendants disagree with plaintiffs' position and believe, pursuant to the terms of the release, that the funding of the annuity should be completed no later than January 2, 2017.

Nevertheless, the parties recognize the funding date for Plaintiff minor SS's annuity is December 20, 2016 and are working diligently to fund the annuity by that date. The defendants expect, barring some unforeseen event, the funding of the annuity will be completed by the funding date.

Plaintiffs hereby seek an order to enforce payment by this date. Defendants do not believe such an order is necessary.

///

///

| | |
|---|---|
| Dated: December 7, 2016 | Respectfully submitted, |
| | **RAINS LUCIA STERN, PC** |
| | |
| | */s/ Joseph R. Lucia* |
| | By: Joseph R. Lucia |
| | Attorney for Plaintiffs KELLIE SMITH, individually; as personal representative of the Estate of THOMAS SMITH, JR., Decedent; and as Guardian Ad Litem for S.S., a minor |
| | |
| | **LEWIS BRISBOIS BISGAARD & SMITH, LLP** |
| | |
| | */s/ Dana Fox* |
| | By: Dana Fox |
| | Attorney for Defendants BAY AREA RAPID TRANSIT DISTRICT; KENTON RAINEY, individually and in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT; BENSON FAIROW individually and in his official capacity as DEPUTY CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT; MICHAEL MAES individually and in his official capacity as DETECTIVE for BAY AREA RAPID TRANSIT DISTRICT |

## PROPOSED ORDER

The Court hereby ORDERS that Defendant BART issue payments and properly fund Plaintiff minor S.S.'s annuity no later than December 20, 2016.

**IT IS SO ORDERED.**

Dated _____, 2016

                                                        Hon. Mag. Jacqueline Scott Corl