EUSTACE DE SAINT PHALLE, SBN 179100
JOSEPH R. LUCIA, SBN 278318
RAINS LUCIA STERN, PC
220 Montgomery Street, 15th Floor
San Francisco, CA 94104
Tel: (925) 609-1699
Fax: (925) 609-1690
E-mail: Personalinjurygroup@RLSlawyers.com

Attorneys for Plaintiffs
KELLIE SMITH, individually; as personal representative of the Estate of THOMAS SMITH, JR., Decedent; and as Guardian Ad Litem for S.S., a minor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE SMITH, individually; KELLIE SMITH, as personal representative of the Estate of THOMAS SMITH, JR., Decedent; and KELLIE SMITH, as Guardian Ad Litem for S.S., a minor;<br><br>Plaintiffs,<br><br>v.<br><br>BAY AREA RAPID TRANSIT DISTRICT; KENTON RAINEY, individually and in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT; BENSON FAIROW individually and in his official capacity as DEPUTY CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT; MICHAEL MAES individually and in his official capacity as DETECTIVE for BAY AREA RAPID TRANSIT DISTRICT; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  3:15-CV-02402-TEH<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Complaint Filed:    May 29, 2015<br>Trial Date:              Vacated |

Plaintiffs Kellie Smith, individually; Kellie Smith, as personal representative of the Estate of Thomas Smith, Jr., Decedent; and Kellie Smith, as Guardian Ad Litem for S.S., a minor ("Plaintiffs") and Defendants Bay Area Rapid Transit District; Kenton Rainey, individually and in his official capacity as Chief of Police for Bay Area Rapid Transit District; Benson Fairow, individually and in his official capacity as Deputy Chief of Police for Bay Area Rapid Transit District; Michael Maes, individually and in his

official capacity as Detective for Bay Area Rapid Transit District (collectively "Defendants") agree and hereby stipulate to dismiss the entire action listed above.

**WHEREAS**, Plaintiffs filed their First Amended Complaint for Damages for Violation of Civil Rights, 42 U.S.C. §1983; Interference with Constitutional Rights, Cal. Civil Code §52.1; and Wrongful Death, Cal. Code of Civil Procedure §377 on September 4, 2015;

**WHEREAS**, Plaintiffs and Defendants collectively have settled this matter on or about November 17, 2016;

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendants through their designated counsel that the above-captioned action should be dismissed with prejudice as to all Defendants pursuant to FRCP 41(a)(1)(A). The parties further stipulate that each party shall bear their own attorneys' fees, expenses and costs.

**IT IS SO STIPULATED.**

Dated: March 9, 2017

Respectfully submitted,

**RAINS LUCIA STERN, PC**

/s/ *Joseph R. Lucia*
By: Joseph R. Lucia
Attorney for Plaintiffs KELLIE SMITH, individually; as personal representative of the Estate of THOMAS SMITH, JR., Decedent; and as Guardian Ad Litem for S.S., a minor

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

/s/ *Dana Fox*
By: Dana Fox
Attorney for Defendants BAY AREA RAPID TRANSIT DISTRICT; KENTON RAINEY, individually and in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT; BENSON FAIROW individually and in his official capacity as DEPUTY CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT; MICHAEL MAES individually and in his official capacity as DETECTIVE for BAY AREA RAPID TRANSIT DISTRICT

**~~PROPOSED~~ ORDER**

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice as against Defendants Bay Area Rapid Transit District; Kenton Rainey, individually and in his official capacity as Chief of Police for Bay Area Rapid Transit District; Benson Fairow, individually and in his official capacity as Deputy Chief of Police for Bay Area Rapid Transit District; Michael Maes, individually and in his official capacity as Detective for Bay Area Rapid Transit District pursuant to FRCP 41(a)(1)(A).

2. Each party shall bear their own costs and attorneys' fees.

3. The court shall retain jurisdiction over this matter to enforce the terms of the November 17, 2016 Settlement Agreement.

**IT IS SO ORDERED.**

Dated _____03/13_____, 2017

_____
Hon. Thelton E. Henderson